UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1307
_____

JEFFREY KENGERSKI,

Appellant

v.

ORLANDO HARPER; COUNTY OF ALLEGHENY

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 2-17-cv-01048)
District Judge: Honorable J. Nicholas Ranjan

_____

Argued on December 15, 2020

Before: AMBRO, BIBAS and ROTH, <u>Circuit Judges</u>

_____

**JUDGMENT**
_____

This cause came on to be heard on the record before the United States District Court for the Western District of Pennsylvania and was argued on December 15, 2020.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered January 24, 2020, is hereby vacated and remanded to the District Court for further proceedings consistent with this opinion.  Costs taxed against the Appellee.  All of the above in accordance with the opinion of this Court.

ATTEST:


s/Patricia S. Dodszuweit

Clerk

Dated: July 29, 2021

Certified as a true copy and issued in lieu
of a formal mandate on  August 20, 2021

Teste:

**Clerk, U.S. Court of Appeals for the Third Circuit**

2