IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY KENGERSKI, | ) |
| Plaintiff, | ) 2:17-CV-1048-NR |
| v. | ) |
| COUNTY OF ALLEGHENY, | ) |
| Defendant. | ) |

**<u>VERDICT</u>**

**QUESTION 1:**

Did Mr. Kengerski establish by a preponderance of the evidence that Allegheny County terminated him because he complained about race discrimination in the workplace?

Yes __X__      No _____

*If you answered "No" to question 1, your deliberations are complete. Please leave the remaining questions blank. Every juror must sign the verdict form and the Foreperson must also date this verdict form. If you answered "Yes" to question 1, please proceed to answer questions 2, 3, and 4.*

**QUESTION 2:**

What amount of compensatory damages, if any, do you award to Mr. Kengerski?

$ ~~$$$~~ 400,000

**QUESTION 3:**

What amount of back pay, if any, do you award to Mr. Kengerski?

$ 230,528.97

1

**QUESTION 4:**

What amount of front pay, if any, do you award to Mr. Kengerski?

$ _300,000_

The foreperson is required to sign and date this document in the spaces provided below as the unanimous verdict of the jury. All other members of the jury must sign in the spaces thereafter.

Date: _10·7·2022_

Foreperson: _Megan Hungeun_

_[signature]_

_Trina Naftzi_

_[signature]_

_Anthony Rossi_

_[signature]_

_Sherry adams_

_Melissa M. Dacus_