AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| JEFFREY KENGERSKI *Plaintiff* v. COUNTY OF ALLEGHENY *Defendant* | Civil Action No. 2:17-cv-1048 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Jeffrey Kengerski recover from the defendant *(name)* County of Allegheny the amount of Eight Hundred Seventy-Seven Thousand Four Hundred Fourteen dollars ($ 877,414.00 ), which includes prejudgment interest at the rate of 6.00 %, plus post judgment interest at the rate of as authorized by law % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:
_____ .

This action was *(check one)*:

☑ tried by a jury with Judge J. Nicholas Ranjan presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Clerk of Court

Date: 04/25/2023

/s/ Peter Kosloski

Signature of Clerk or Deputy Clerk