IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY KENGERSKI, | CIVIL DIVISION |
| Plaintiff, | |
| v. | 2:17-cv-01048-PJP |
| THE COUNTY OF ALLEGHENY, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

AND NOW COMES Plaintiff, by and through his undersigned counsel, and submits this Petition for Attorneys' Fees and Costs:

1. The facts and legal claims underlying this case are set forth elsewhere in the record and are not repeated herein. *See e.g.* First Amended Complaint (ECF# 15), Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment (ECF# 65), Plaintiff's Amended Pretrial Statement (ECF # 127).

2. On October 7, 2022, a jury found that Defendant Allegheny County had retaliated against Plaintiff Jeffrey Kengerski in violation of Title VII of the Civil Rights Act of 1964. The jury awarded Plaintiff $400,000 in compensatory damages and returned advisory verdicts for Back Pay and Front Pay in the amounts of $230,528.97 and $300,000 respectively (ECF # 207).

3. On January 20, 2023, this Court issued a Memorandum Order awarding Mr. Kengerski $223,361 in back pay and $229,255 in front pay (ECF # 240).

4. Judgment was entered on this verdict on January 20, 2023 (ECF # 241).

5. On February 2, 2023, this Court granted Plaintiff's consent motion to defer the deadline for Plaintiff to move for attorneys' fees and costs until after resolution of post-trial motions and entry of final judgment (ECF # 243).

6. Both Parties filed motions to amend the judgment (ECF ## 224, 246).

7. This Court granted both Parties' motions on April 4, 2023 (ECF # 254).

8. Following briefing on the issue of prejudgment interest, the Court entered an Amended Judgment on April 26, 2023, which awarded Mr. Kengerski prejudgment interest (ECF # 261).

9. Because all post-trial motions have been resolved and final judgment has been entered, Plaintiff believes that the issue of attorneys' fees and costs is now ripe.

10. As a prevailing party in an action brought under Title VII of the Civil Rights Act of 1964, this Court may award Mr. Kengerski reasonable attorney's fees and costs. 42 U.S.C. § 2000e–5(k).

11. Mr. Kengerski requests that this Court award him attorneys' fees and costs in the amount of $422,537.92 broken down as follows:

| Name | Role | Experience | Rate | Hours | Total |
|---|---|---|---|---|---|
| Margaret S. Coleman | Attorney | 18 years | $500/hour | 711.5 | $355,750 |
| Tamra Van Hausen | Attorney | 2 years | $200/hour | 44.9 | $8,220 |
| Alec B. Wright | Attorney | 10 years | $400/hour | 27.6 | $11,040 |
| Timothy P. O'Brien | Attorney | 48 years | $700/hour | 19.0 | $13,300 |
| Heather McDonald | Paralegal | 26 years | $150/hour | 124.7 | $18705 |
| Costs as of 5/2/2023 | | | | | $15,522.92 |
| Total as of 5/2/2023 | | | | | $422,537.92 |

12. In support of this request, Mr. Kengerski submits the following documentation:

   a) Billing records for Attorneys Margaret S. Coleman, Tamra Van Hausen, Alec B. Wright, Timothy P. O'Brien.

   b) Declarations by Attorneys Margaret S. Coleman, Tamra Van Hausen, Alec B. Wright and Timothy P. O'Brien verifying their respective billing records;

   c) Declarations by attorneys Charles Lamberton, Andrew Horowitz, and Nicole Daller verifying that the rates requested by Mr. Kengerski's attorneys are at or

below the rates charged by other civil rights and employment attorneys in the Pittsburgh market with comparable skills and experience.

d) An itemization of costs incurred in the litigation of this case.

WHEREFORE, for the reasons stated herein, and more fully set forth in the attached documents and Plaintiff's contemporaneously filed Brief in Support, Plaintiff requests an award of attorney fees and costs in the amount of $422,537.92 against Defendant Allegheny County.

Respectfully submitted,

O'BRIEN COLEMAN & WRIGHT, LLC

/s/ Margaret S. Coleman
Margaret S. Coleman
Pa. ID No. 200975
msc@obrienlawpgh.com

116 Boulevard of the Allies
Pittsburgh, Pennsylvania 15222

*Counsel for Plaintiff*