IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY KENGERSKI, | CIVIL DIVISION |
| Plaintiff, | 2:17-CV-01048-NR |
| v. | |
| ALLEGHENY COUNTY, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Allegheny County in the above-named case hereby appeals to the United States Court of Appeals for the Third Circuit from:

1) An Order denying Defendant's Motion for Summary Judgment entered in this action on October 19, 2021. (Dkt. No. 107.); and,

2) The Court's Amended Judgment in a Civil Action entered on April 25, 2023. (Dkt. No. 261.)

Respectfully submitted,

| | |
|---|---|
| /s/ Virginia Spencer Scott | /s/ Frances Liebenguth |
| Virginia Spencer Scott | Frances Liebenguth |
| Assistant County Solicitor | Assistant County Solicitor |
| Pa. I.D. #61647 | Pa. I.D. 314845 |
| | |
| ALLEGHENY COUNTY LAW DEPARTMENT | ALLEGHENY COUNTY LAW DEPARTMENT |
| 300 Fort Pitt Commons Building | 300 Fort Pitt Commons Building |
| 445 Fort Pitt Boulevard | 445 Fort Pitt Boulevard |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| (412) 350-1173 | (412) 350-1108 |
| | |
| vscott@alleghenycounty.us | frances.liebenguth@alleghenycounty.us |