UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1926
_____

JEFFREY KENGERSKI

v.

ORLANDO L. HARPER, Warden;
COUNTY OF ALLEGHENY

County of Allegheny,
                              Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2:17-cv-01048)
District Judge: Honorable Nicholas Ranjan

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on September 23, 2024

Before: KRAUSE, BIBAS, and AMBRO, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted on September 23, 2024.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on April 25, 2023, be and the same is hereby **AFFIRMED**. Costs shall be taxed against Appellant.

2

All of the above in accordance with the opinion of this Court.

                                  ATTEST:

                                  <u>s/ Patricia S. Dodszuweit</u>
                                  Clerk

DATE: October 7, 2024